1   **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

2   Name: CARDENAS,       DANNY      J

3          *(Last)*                      *(First)*                      *(Middle Initial)*

4   Prisoner Number: G-36254

5   Institutional Address: CMF/M2-234-L

6   P.O. BOX 2000

7   VACAVille, CA. 95696-2000 **FILED**

8          **UNITED STATES DISTRICT COURT**          APR 16 2019

9          **NORTHERN DISTRICT OF CALIFORNIA**       SUSAN Y. SOONG
                                                      CLERK, U.S. DISTRICT COURT
                                                      NORTHERN DISTRICT OF CALIFORNIA

10  DANNY JR. CARDENAS                )
    *(Enter your full name.)*         )

11                                    )   **CV 19-2043   SK**
                     vs.             )   Case No.
12                                    )   *(Provided by the clerk upon filing)*
                                      )
13  _____              )   **COMPLAINT UNDER THE**
                                      )   **CIVIL RIGHTS ACT,**
14  _____              )   **42 U.S.C. § 1983**
                                      )
15  DANNY CARDENAS, JR.              )
    *(Enter the full name(s) of the defendant(s) in this action.)*  )

16                                        REQUEST TO PROCEED
                                          IN-fORMA-PAUPERIS

17  **I. Exhaustion of Administrative Remedies.**  ADA ACT, REQUEST fOR
                                                   ASSIGNMENT Of COUNSEL
18  <u>*Note:*</u> *You must exhaust available administrative remedies before your claim can go*
         *forward. The court will dismiss any unexhausted claims.*
19

20  A.   Place of present confinement CDCR. CMF

21  B.   Is there a grievance procedure in this institution?   YES ☒   NO ☐

22  C.   If so, did you present the facts in your complaint for review through the grievance

23       procedure?   YES ☒   NO ☐

24  D.   If your answer is YES, list the appeal number and the date and result of the appeal at each

25       level of review. If you did not pursue any available level of appeal, explain why.

26       1. Informal appeal: CRCR 602, ReJeCTed

27  2nd Level

28

PRISONER COMPLAINT (rev. 8/2015)
*Page 1 of 3*

2. First formal level: _____

_____

3. Second formal level: _____

_____

4. Third formal level: _____

_____

E.  Is the last level to which you appealed the highest level of appeal available to you?

YES ☒    NO ☐

F.  If you did not present your claim for review through the grievance procedure, explain why.

GO2 Level 2ND HigHER Level of
AdmiN.

## II.  Parties.

A.  Write your name and present address.  Do the same for additional plaintiffs, if any.

_____

_____

_____

B.  For each defendant, provide full name, official position and place of employment.

_____

_____

_____

_____

_____

_____

_____

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

1  ## III. Statement of Claim.

2      State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate

3  numbered paragraph.

4  INMATE-DAVIS (G-40744) CDC#

5  GAVe CPR. Well C/O EDWARd & C/O BROOKS

6  fAILed To PROfoRm THeIR DuTie'S

7  IN PROVIdiNG Life SAVING DuTIe'S TRAINING

8  $ fAILed TO pRofoRm A SURURe

9  ReSPoNCe TO A ACTIVe Code & Allowed

10  A INMATe Well A ACTIVe Alarm fAILed

11  TO SUCURe A SAfe INVIDRMENT TO

12  pRofoRm Life SAViNG TRAINING PROceedure's

13  WHICH ReSUATTed IN BRAIN DAMAGe &

14  BlINdNeSS.

15

16  ## IV. Relief.

17      Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

18  PRovIde PUNITIVe dAMAGe, MoNey

19  Settle-MeNT foR pHysicAl & meNTAl

20  DAMAGeS, ADA ReQUeST foR ASSImeNT

21  of CouNSole foR RepReSeNTATION

22

23

24  I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

25  Executed on: 4/9/19
             /Date                   Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

I'd Like to find A Attorney With No Money Down to take my law suite. C/o Edwards was put on unpaid Leave for not proforming His duties As A C/o in A Emergency. When A Alarm is actived All inmates must Be scure. This C/o Let A inmate proform His Duties By proforming CPR when It's Deamed A Safety & Security issue to Have A inmate proform C/o Duties when A Alarm is active. I Have Brain Damage short responce, pain & suffering Would u Be intressed in Representing my case. Thank Please make copies & Return.

Danny

STATE OF CALIFORNIA
DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)
CDCR 1845 (Rev. 2/14)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Form: Page 1 of 1
Instructions: Page 2

| Exam/observation and eUHR Review are both required prior to completion of this form |
|---|

### SECTION A: DISABILITY VERIFICATION (for use with permanent disabilities lasting six months or longer)

☑ DISABILITY CONFIRMED (see below)　　　　　　☐ REMOVAL FROM A DPP CODE: Previous code(s)

☐ CHANGE IN DPP CODE: Previous code(s)　　　　☐ DISABILITY DOES NOT IMPACT PLACEMENT

☐ ADDITIONAL DPP CODE: Current code(s)　　　　☐ NO DISABILITY

### SECTION B: DISABILITY DESIGNATION

**Disability Type: Mobility**

| Disability Code Definitions | Criteria | Code |
|---|---|---|
| Individual has severe mobility restrictions and requires a Full Time Wheelchair accommodation to ambulate in and out of cell/bed area. | • Full Time Wheelchair prescribed for use. <br>• Wheelchair accessible housing and path of travel required | ☐ DPW |
| Individual has severe mobility restrictions but only uses a Wheelchair intermittently as an accommodation to ambulate outside of cell/bed area. | • Intermittent Wheelchair prescribed for use outside of cell/housing. <br>• Wheelchair accessible cell not required / Wheelchair can be kept outside of cell. | ☐ DPO |
| Individual has severe mobility restrictions and uses an assistive device other than a wheelchair to ambulate, and cannot walk up or down stairs because of the disability. | • No Wheelchair, but uses other assistive device (walker, cane, etc.). <br>• Generally no steps/stairs in regular path of travel. | ☐ DPM |
| Individual requires a relatively level terrain/path of travel accommodation to ambulate due to mobility or health concerns | • May or may not use a walking device for assistance. <br>• Can walk up/down steps/stairs (but not an entire flight of stairs). | ☐ DLT |
| Individual may or may not require an assistive device accommodation to ambulate because of a disability, but the disability is not severe enough to require special housing or level terrain. | • Assistive device may be prescribed for ambulation needs. <br>• Impairment of major life activity must exist. <br>• May have special needs outside housing placement. <br>• Can walk up or down steps/stairs. | ☐ DNM |

**Disability Type: Hearing**

| | | |
|---|---|---|
| Individual is deaf or severely hearing impaired and requires written notes, sign language, or lip reading accommodation to achieve effective communication. | • Hearing Impaired Vest is required while outside of cell/bed area <br>• May or may not use a sign language interpreter. | ☐ DPH |
| Individual has a hearing impairment and uses an assistive hearing device to achieve effective communication. | • Assistive hearing device prescribed. <br>• Hearing Impaired Vest is required while outside of cell/bed area when hearing device(s) are not in use. | ☐ DNH |

**Disability Type: Vision**

| | | |
|---|---|---|
| Individual has severe vision impairment which is not correctable to better than 20/200 with corrective lenses in at least one eye. | • Vision Impaired Vest is required while outside of cell/bed area. | ☑ DPV |

**Disability Type: Speech**

| | | |
|---|---|---|
| Individual does not communicate effectively when speaking due to permanent speech impairments. | • Ensure that primary means of communication is documented. | ☐ DPS |

**Disability Type: Kidney**

| | | |
|---|---|---|
| Individual has a kidney disease or other chronic illness. | • Requires Dialysis | ☐ DKD |

### SECTION C: RELATED FORMS

☑ I have completed a new CDCR 7410, Comprehensive Accommodation Chrono, to document physical limitations for a verified disability.

☑ I have completed a new CDCR 128 C-3, Medical Classification Chrono, to document medical limitations for a verified disability.

### SECTION D: COMMENTS

Last two 1845 completed in error. Full duty no restrictions.

| Clinician Name/Title:<br>Wong, Sam (MCSP)@CDCR | Clinician Signature:<br>Digitally Authenticated | Verification/Form date:<br>2/22/2017 |
|---|---|---|
| CME or Designee Name: JOSE ORTEGA<br>CME or Designee Signature:<br>Review date:<br>3/09/19 | CDCR#:  g36254<br>Last Name: CARDENAS<br>First Name: DANNY　　　　MI:<br>DOB:　10/30/1982 | |

DISTRIBUTION: Original to medical record. Copy to Chrono Section of C-File; C&PR/RC CC-II; CC-I; and Inmate

Forward a copy of this form and any Accommodation Chronos to the C&PR within 72 hours.

This form has been approved electronically by Wong, Sam (MCSP)@CDCR on 2017-02-22 15:08:35.

DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)
CDCR 1845 (Rev. 2/14)

STATE OF CALIFORNIA     DEPARTMENT OF CORRECTIONS AND REHABILITATI

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

PAGE __1__ Of __1__

INCIDENT LOG NUMBER
CMF-M02-19-03-0115

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDE |
|---|---|---|---|---|
| EDWARDS | B. | S. | 3/2/2019 | 1323 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 274513 | HCA CHB ESCRT 3 | 28YRS. 5MO. | 3/2/2019 | H-222L |

| RDO'S | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| S/M | 0600-1400 | Possession of Drug Paraphernalia | 3016(b) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNE |
|---|---|---|
| ☐ Primary | S - C. BROOKS | S - CARDENAS    G36254, H222L |
| ☒ Responder | S - STAUBITZ | W - DAVIS    G40744, H225U |
| ☐ Witness | S - J. PURTELL | |
| ☐ Camera | S - J. TACKETT | |
| ☐ Victim | S- R. SINGH | |
| ☐ Other: | | |

| ☒ N/A | FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Physical: | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deploy |
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| ☐ X-10 BRD w/ OC | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A  ☐ Physical  ☐ Hand-Held Baton  ☐ Chemical Agent  ☐ X-10  ☐ Less Lethal  ☐ Lethal  ☐ Non-Conventio |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☒ YES ☐? | | | ☐ YES | ☐ YE |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | | SCIF 3301/3 COMPLETE |
|---|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY | ☒ N/A | ☐ YES |
| ☒ NO | | | ☐ UNKOWN | | ☒ NO |
| | ☒ N/A | ☒ N/A | ☐ Other: | | |

NARRATIVE:

On Saturday, March 2, 2019 at 1323 hours, while performing my duties as HCA CHB ESCRT 3, I heard a voice yelling, "man dov dorm 1" in H-2 housing unit. Officer C. Brooks and I immediately responded to dorm 1, H-222L where we observed Inma CARDENAS (G36254, H-222L) lying unresponsive on his bed. Inmate DAVIS (G40744, H-225U) was standing over CARDEN performing CPR. Officer Brooks left to retrieve the AMBU bag and I immediately rushed to the scene as DAVIS was pinch CARDENAS nose and applying two rescue breaths. Once DAVIS completed the rescue breaths, I accessed CARDENAS a confirmed he was not breathing and had no rise in his chest. I began chest compressions. DAVIS and I completed two cycles 15 chest compressions and 2 rescue breaths. Before I reach a complete cycle of 15 compressions on the third (3) cycl CARDENAS began breathing and opened his eyes. At this time RN C. Staubitz and RN J. Purtell arrived and RN C. Staubitz stopp us from administering CPR. RN Staubitz administered two (2) doses of Narcan to CARDENAS and he appeared more respons by moving his head and trying to grasp what was going on. Officer J. Tackett, RN C. Staubitz, RN J. Purtell and I transferr CARDENAS from his bed on to the gurney. RN C. Staubitz, RN J. Purtell and Sergeant Singh escorted CARDENAS to B-1 emerger room. This concludes my involvement in this incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # | DATE 3/2/2019 |
|---|---|---|---|
| *C. B. Edwards* | | | |

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED 3/2/2019 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 3/2/2019 |
|---|---|---|---|---|
| *Youngblood Lieutenant* | | | | |

DISTRIBUTION:  Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITAT

# CRIME / INCIDENT REPORT

## PART C - STAFF REPORT

CDCR 837-C (Rev. 10/15)

PAGE __1__ Of __2__

INCIDENT LOG NUMBER
CMF-M02-19-03-0115

| NAME:  LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDE |
|---|---|---|---|---|
| SINGH | R | R | 3/2/2019 | 1323 HOURS |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 210304 | UNIT II SERGEANT | 3YRS. 2MO. | 3/2/2019 | H-222L |

| RDO'S W/TH | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | |
|---|---|---|---|
| | 0545-1345 | POSSESSION OF DRUG PARAPHERNALIA | CCR SECTION / RULE   ☐ N/ 3016(b) |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNE |
|---|---|---|
| ☐ Primary | (S)Officer B. EDWARDS | (S) CARDENAS (G36254, H-222L) |
| ☒ Responder | | |
| ☐ Witness | (S)Officer C. BROOKS | |
| ☐ Camera | (S) Officer J. TACKETT | |
| ☐ Victim | (S) RN C. STAUBITZ | |
| ☐ Other: | (S) RN J. PURTELL | |

| ☒ N/A | FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Physical: | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | | Projector: | #Deploy |
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | | |
| | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A ☐ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Convention | | | |
|---|---|---|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YE |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NC |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/30 COMPLETE |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY   ☒ N/A | ☐ YES |
| ☒ NO | | | ☐ UNKNOWN | ☒ NO |
| | ☒ N/A | ☒ N/A | ☐ Other: | |

NARRATIVE: On Saturday, March 02, 2019 at approximately 1323 hours, while performing my duties as the Unit II Sergeant, I responded to an audible alarm followed by a radio transmission made by Officer C. Brooks announcing a medical emergency in H-222L. Upon my arrival, I observed inmate CARDENAS (G36254, H-222L) lying unresponsive on his bunk while Officer B. Edwards was performing continuous chest compressions. I immediately notified central control that we had an unresponsive inmate and for responding staff to bring Naloxone HCI (Narcan). I ordered all inmates in the dorm to move to the right side of the dorm to create space and distance from the incident area. I ordered Officer C. Brooks to retrieve the ambulatory bag which was located in the communicable disease locker. Officer Edwards continued to perform chest compressions until medical staff arrived on scene at which point Registered Nurse (RN) C. Staubitz took over in performing chest compressions. During chest compressions, CARDENAS began to open his eyes; however, he was not completely responsive. RN Staubitz then administered two (2) four (4) milligrams (mg) of Narcan. CARDENAS immediately began to gain consciousness and become responsive. Officer Edwards assisted RN Staubitz, RN J. Purtell, and Officer J. Tackett in placing CARDENAS onto the gurney. Upon placing CARDENA onto the gurney, Officer Tackett notified me he had discovered an inmate manufactured hypodermic syringe with a needle and

☒ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE SERGEANT | BADGE # / ID # | DATE 3/2/2019 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) LIEUTENANT C. YOUNGBLOOD | DATE RECEIVED 3/2/2019 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 3/2/2019 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA

| PAGE | **2** | Of | **2** | INCIDENT LOG NUMBER<br>CMF-M02-19-03-0115 | M |

| NAME: LAST<br>SINGH | FIRST<br>R | | | | M<br>R |

TYPE OF INFORMATION:
☒ CONTINUATION OF REPORT          ☐ CLARIFICATION OF REPORT          ☐ ADDITIONAL INFORMATI

### NARRATIVE:

plunger attached laying on the floor next to CARDENAS bed. I instructed Officer Tackett to secure the paraphernalia and maintain custody of it until it was appropriately processed into Investigative Services Unit (ISU) Evidence locker. I instructed Officer Brooks and Officer Tackett to continue their search of CARDENAS assigned area for any additional contraband with negative results. CARDENAS was sub sequentially escorted to B-1 Emergency Room (ER) where he gained full consciousness an began to respond to all verbal commands made by medical staff.

At approximately 1352 hours, CARDENAS was transported to an outside hospital for further medical evaluation.

At approximately 1530 hours, Officer Tackett notified me he had injured his lower back and left groin/ hip flexor area while lifting CARDENAS off his bed and placing CARDENAS onto the gurney. Officer Tackett refused outside treatment; however, completed a CDCR 3066; Employee Report to Supervisor of Injury/ Illness, and elected to resume his duties at his assigned pos

Peer Support Program (PSP) and Employee Assistance Program (EAP) were offered to all involved staff.

This concludes my involvement in this incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITONAL CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE<br>SERGEANT | BADGE # / ID # | | DATE<br>3/2/2019 |
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE)<br>LIEUTENANT C. YOUNGBLOOD | DATE RECEIVED<br>3/2/2019 | CLARIFICATION NEEDED<br>☐ YES ☒ NO | APPROVED<br>☒ YES ☐ NO | DATE<br>3/2/2019 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

CRIME / INCIDENT REPORT

PART B2 - STAFF

CDCR 837-B2 (Rev. 10/15)

PAGE 6 Of 7

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| CMF | M02 - UNIT II | CMF-M02-19-03-0115 |

**STAFF (ENTIRE SHEET)**

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| EDWARDS | B | S | CORRECTIONAL OFFICER | M | BLA |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| RESPONDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| S/M | 274513 | HCA CHB ESCRT 3 | | |

☑ N/A    DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

| ☑ N/A    NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY | ☑ N/A   DEATH | |
|---|---|---|
| ☐ REFUSED TREATMENT   ☐ TREATED AND RELEASE   ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| TACKETT | J | L | CORRECTIONAL OFFICER | M | WHI |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| RESPONDER | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| T/F | 361245 | SEC PAT 2 CUST | | |

☐ N/A    DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

Hurt lower back and left groin/hip flexor moving inmate from bed to gurney
1. Injury Location: GROIN, Caused By: INMATE 2. Injury Location: BACK, Caused By: INMATE 3. Injury Location: LEFT H.P., Caused By: INMATE

| ☑ N/A    NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY | ☑ N/A   DEATH | |
|---|---|---|
| ☐ REFUSED TREATMENT   ☐ TREATED AND RELEASE   ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |

| NAME: LAST | FIRST | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|
| STAUBITZ | C | W. | REGISTERED NURSE | M | WHI |

| PARTICIPANT TYPE | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|
| OBSERVER, MED | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| T/W | REGISTER NURSE | B-1 ER | | |

☑ N/A    DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No

| ☑ N/A    NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY | ☑ N/A   DEATH | |
|---|---|---|
| ☐ REFUSED TREATMENT   ☐ TREATED AND RELEASE   ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |

SHO COPY

**PART A - COVER SHEET**
CDCR 837-A (Rev. 10/15)

| | | PAGE 1 Of 7 | INCIDENT LOG NUMBER | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|---|
| | | | CMF-M02-19-03-0115 | 03/02/2019 | 13:23 |

| INSTITUTION | FACILITY | FACILITY LEVEL | INCIDENT SITE | LOCATION | PROGRAM | AD SEG | USE OF FORCE |
|---|---|---|---|---|---|---|---|
| CMF | M02 - Unit II | LEVEL III | UNIT II | H-2 DORMITORY 1 BED 222L | CCCMS | N/A | ☐ Yes ☑ No |

| SPECIFIC CRIME / INCIDENT | ☑ CCR ☐ PC ☐ N/A NUMBER / SUBSECTION |
|---|---|
| Stimulants and Sedatives - 3016 (b) Possession of Drug Paraphernalia | 3016 Stimulants and Sedatives |

| D.A. REFERRAL ELIGIBLE | CRISIS RESPONSE TEAM ACTIVATED | MUTUAL AID | PIO / AA NOTIFIED |
|---|---|---|---|
| ☑ Yes ☐ No | ☐ Yes ☑ No | ☐ Yes ☑ No | ☐ Yes ☑ No |

| DEATH AND CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY |
|---|---|---|
| ☑ N/A | ☑ N/A | ☑ N/A |

| SERIOUS BODILY INJURY | INMATE WEAPONS | FORCE USED |
|---|---|---|
| ☑ N/A | ☑ N/A | ☑ N/A |

| ESCAPES |
|---|
| ☑ N/A |

| CONTROLLED SUBSTANCE | WEIGHT/ In Grams | EXTRACTION | EXCEPTIONAL ACTIVITY |
|---|---|---|---|
| ☑ N/A | | ☑ N/A | ☑ N/A |

BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES)

On Saturday, March 2, 2019, at approximately 1325 hours, Officer J. Tackett responded to a medical emergency in H-2 Dormitory #1 and discovered drug paraphernalia (hypodermic syringe) on the floor next to inmate CARDENAS (G36254, H222L) bunk.

COMPLETE SYNOPSIS / SUMMARY ON CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE) | TITLE | I ID # | BADGE # |
|---|---|---|---|
| C. YOUNGBLOOD | CORRECTIONAL LIEUTENANT | | |
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE X2459 | DATE 3/2/2019 |
| NAME OF WARDEN / AOD (PRINT / SIGN) | | TITLE | DATE |
| H. BLANK (4) | | CORRECTIONAL PLANT MANAGE | 3/2/2019 |

# CRIME / INCIDENT REPORT
## PART A1 - SUPPLEMENT
CDCR 837-A1 (Rev. 10/15)

| | | |
|---|---|---|
| | INCIDENT LOG NUMBER | |
| PAGE 2 Of 7 | CMF-M02-19-03-0115 | |

| INSTITUTION | FACILITY | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| CMF | M02 - UNIT II | 03/02/2019 | 13:23 |

TYPE OF INFORMATION:

☑ SYNOPSIS OF INCIDENT　　☐ SUPPLEMENTAL INFORMATION　　☐ AMENDED INFORMATION　　☐ CLOSURE REPORT

NARRATIVE: On Saturday, March 2, 2019, at approximately 1325 hours, H-2 Housing Officer C. Brooks heard a voice yelling, "Man down" from Dormitory #1. Officer C. Brooks and Officer B. Edwards responded and observed Inmate CARDENAS (G36254, H-222L) lying unresponsive on his bed and Inmate DAVIS (G40744, H-225U) was performing CPR by giving chest compressions. Officer Brooks announced over the institutional radio for a medical emergency to H-2 and activated her personal alarm. Officer B. Edwards approached Inmate CARDENAS and continued with chest compressions as inmate DAVIS continued with rescue breaths. Officer C. Brooks retrieved the AMBU bag from the communicable disease locker and returned to the scene. Sergeant R. Singh immediately responded and requested over the institutional radio for medical to respond with Intranasal Naloxone. Lieutenant S. Hall (Watch Commander) immediately telephoned for a code III ambulance. Medical staff arrived and noticed CARDENAS was unconscious but breathing and administered one dose (four milligrams) of Intranasal Naloxone spray through his nose. CARDENAS responded briefly but appeared to be in and out of consciousness. Officer Edwards, RN Purtell, Officer Tackett and RN Staubitz transferred CARDENAS from the bed onto the gurney. Prior to escorting CARDENAS to the emergency room, CARDENAS received a second dose of Intranasal Naloxone spray through his nose. CARDENAS responded by looking around but appeared dazed. RN Purtell, Sergeant Singh and RN Staubitz escorted CARDENAS to the B-1 emergency room. While in the ER, RN Staubitz administered a third dose of Intranasal Naloxone spray through his nose. RN Purtell and RN Staubitz continued talking and massaging his arms to keep him awake. At approximately 1328 hours, the code III Ambulance arrived on grounds. At approximately 1352 hours, the code III ambulance departed the institution to Vaca-Valley Hospital.

Responding Officer J. Tackett conducted a search of Inmate CARDENAS bed area and found one (1) intact hypodermic syringe (needle, barrel, plunger and stopper) on the floor next to his bed. Officer Tackett took three (3) photographs of the hypodermic syringe and placed the syringe in a biohazard sharps container and processed it in the California Medical Facility Investigative Services Unit Evidence Room, Evidence Locker # 6.

SUSPECTS: CARDENAS, D. (G36254, H222L)

EVIDENCE: A biohazard sharps container containing one (1) hypodermic syringe consisting of the following components: barrel, plunger, needle and stopper were secured in the California Medical Facility Investigative Services Unit Evidence Room, Evidence Locker # 6.

ESCORTS: Inmate CARDENAS was escorted to B-1 ER by RN C. Staubitz, RN J. Purtell and Sergeant R. Singh.

MEDICAL/INMATE INJURIES: A CDCR 7219 was completed prior to CARDENAS departing the institution noting no physical injuries.

ALARM: Officer C. Brooks initiated the Code one response by announcing over the institutional radio the medical emergency and activating her personal alarm.

PHOTOGRAPHS: Three (3) photographs of the discovered contraband were submitted with this incident package.

DA REFERRAL: This report will be referred to the Solano County District Attorney's Office for possible felony prosecution.

STAFF INJURIES: No staff was injured as a result of this incident.

OVERTIME: Overtime was incurred as a result of this incident.

NOTIFICATIONS: Administrative Officer of the Day (AOD) H. Blank was notified of this incident. All administrative staff and the ISU will be advised of this incident with the distribution of this report.

☑ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| C. YOUNGBLOOD | CORRECTIONAL LIEUTENANT | | - - - |
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE | DATE |
| | | X2459 | 3/2/2019 |
| NAME OF WARDEN / AOD (PRINT / SIGN) | | TITLE | DATE |
| H. BLANK | | CORRECTIONAL PLANT MAN | 3/2/2019 |

**PART B1 - INMATE**
CDCR 837-B1 (Rev. 10/15)

PAGE 4 Of 7

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| CMF | M02 - UNIT II | CMF-M02-19-03-0115 |

### INMATE (ENTIRE SHEET)

| NAME: LAST | | FIRST | | MI | CDCR # | GEN | ETHNICITY | DOB |
|---|---|---|---|---|---|---|---|---|
| CARDENAS | | DANNY | | NMI | G-36254 | M | HIS | 10/30/1982 |

| SECURITY LEVEL | CLASSIFICATION SCORE | CONTROL DATE TYPE | CONTROL DATE | DATE REC"D BY CDCR | DATE REC"D BY INST |
|---|---|---|---|---|---|
| III | 52 | EPRD | 03/16/2027 | 04/01/2011 | 11/05/2018 |

| HOUSING | PARTICIPANT TYPE | MHSDS LEVEL OF CARE |
|---|---|---|
| H222L | SUSPECT | CCCMS |

N/A  DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY ☐ Yes ☑ No
POSS DRUG OVERDOSE
1. INJURY LOCATION: OTHER, CAUSED BY: SELF

| N/A   NAME/ LOCATION OF HOSP/ TREATMENT FACILITY | ☑ N/A DEATH | |
|---|---|---|
| REFUSED TREATMENT ☑ TREATED AND RELEASED ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
| VACA-VALLEY HOSPITAL | | |

**PART B2 - STAFF**
CDCR 837-B2 (Rev. 10/15)

PAGE 5 Of 7

| INSTITUTION | FACILITY | | | INCIDENT LOG NUMBER | | |
|---|---|---|---|---|---|---|
| CMF | M02 - UNIT II | | | CMF-M02-19-03-0115 | | |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|---|
| YOUNGBLOOD | C. | | E. | CORRECTIONAL LIEUTENANT | M | BLA |

| PARTICIPANT TYPE | | USED FORCE | FORCE USED | | | PROCESSED EVIDENCE |
|---|---|---|---|---|---|---|
| INCIDENT COMMANDER | | ☐ Yes ☑ No | | | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | | ID # | BADGE # | |
|---|---|---|---|---|---|---|
| W/T | 210121 | PROGRAM LT 2 | | | | |

☑ N/A   DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY  ☐ Yes  ☑ No

| ☑ N/A   NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY | | ☑ N/A   DEATH | |
|---|---|---|---|
| ☐ REFUSED TREATMENT  ☐ TREATED AND RELEASE  ☐ HOSPITALIZED | | CAUSE OF DEATH | DECEASED DATE |

| NAME: LAST | FIRST | | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|---|
| SINGH | R. | | R. | CORRECTIONAL SERGEANT | F | IND |

| PARTICIPANT TYPE | | USED FORCE | FORCE USED | | | PROCESSED EVIDENCE |
|---|---|---|---|---|---|---|
| RESPONDER | | ☐ Yes ☑ No | | | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | | ID # | BADGE # | |
|---|---|---|---|---|---|---|
| W/T | 210304 | UNIT II SERGEANT | | | | |

☑ N/A   DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY  ☐ Yes  ☑ No

| ☑ N/A   NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY | | ☑ N/A   DEATH | |
|---|---|---|---|
| ☐ REFUSED TREATMENT  ☐ TREATED AND RELEASE  ☐ HOSPITALIZED | | CAUSE OF DEATH | DECEASED DATE |

| NAME: LAST | FIRST | | MI | TITLE | GEN | ETHNICITY |
|---|---|---|---|---|---|---|
| BROOKS | C | | NMI | CORRECTIONAL OFFICER | F | BLA |

| PARTICIPANT TYPE | | USED FORCE | FORCE USED | | | PROCESSED EVIDENCE |
|---|---|---|---|---|---|---|
| PRIMARY | | ☐ Yes ☑ No | | | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | | ID # | BADGE # | |
|---|---|---|---|---|---|---|
| S/M | 212053 | H-2 FLOOR 1 | | | | |

☑ N/A   DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY  ☐ Yes  ☑ No

| ☑ N/A   NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY | | ☑ N/A   DEATH | |
|---|---|---|---|
| ☐ REFUSED TREATMENT  ☐ TREATED AND RELEASE  ☐ HOSPITALIZED | | CAUSE OF DEATH | DECEASED DATE |

| CDCR 837-A1 (Rev. 10/15) | | PAGE 3 Of 7 | INCIDENT LOG NUMBER<br>CMF-M02-19-03-0115 |
|---|---|---|---|
| INSTITUTION<br>CMF | FACILITY<br>M02 - UNIT II | INCIDENT DATE<br>03/02/2019 | INCIDENT TIME<br>13:23 |

| TYPE OF INFORMATION: | | | |
|---|---|---|---|
| ☑ SYNOPSIS OF INCIDENT | ☐ SUPPLEMENTAL INFORMATION | ☐ AMENDED INFORMATION | ☐ CLOSURE REPORT |

You will be advised of any additional information via supplemental report.

CONCLUSION: Inmate CARDENAS, D. was advised that he will receive a CDCR-115 Rules Violation report (RVR) for violation of California Code of Regulations (CCR), Title 15, Section 3016 (b) for the specific act of "Possession of Drug Paraphernalia," a Division "C" offense.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL CDCR 837-A1

| NAME OF REPORTING STAFF (PRINT / TYPE)<br>C. YOUNGBLOOD | TITLE<br>CORRECTIONAL LIEUTENANT | ID # | BADGE # |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. INCIDENT SITE<br>X2459 | DATE<br>3/2/2019 |
| NAME OF WARDEN / AOD (PRINT / SIGN)<br>H. BLANK | | TITLE<br>CORRECTIONAL PLANT MAN | DATE<br>3/2/2019 |

PART B2 - STAFF
CDCR 837-B2 (Rev. 10/15)

PAGE 7 Of 7

| INSTITUTION | FACILITY | | | INCIDENT LOG NUMBER | | |
|---|---|---|---|---|---|---|
| CMF | M02 - UNIT II | | | CMF-M02-19-03-0115 | | |

| STAFF (ENTIRE SHEET) | | | | | | | |
|---|---|---|---|---|---|---|---|

| NAME: LAST | FIRST | | MI | TITLE | | GEN | ETHNICITY |
|---|---|---|---|---|---|---|---|
| PURTELL | J | | L. | LICENSED VOCATIONAL NURSE | | F | OTH |

| PARTICIPANT TYPE | | USED FORCE | FORCE USED | PROCESSED EVIDENCE |
|---|---|---|---|---|
| OBSERVER, MED | | ☐ Yes ☑ No | | ☐ Yes ☑ No |

| RDO'S | POST # | POSITION DESCRIPTION | ID # | BADGE # |
|---|---|---|---|---|
| W/T | LVN | B-1 ER | | N/A |

☑ N/A   DESCRIPTION OF INJURIES:

IS THERE SERIOUS BODILY INJURY  ☐ Yes  ☑ No

| ☑ N/A   NAME / LOCATION OF HOSPITAL / TREATMENT FACILITY | ☑ N/A   DEATH | |
|---|---|---|
| ☐ REFUSED TREATMENT  ☐ TREATED AND RELEASE  ☐ HOSPITALIZED | CAUSE OF DEATH | DECEASED DATE |
| | | |

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

PAGE **1** Of **1**

INCIDENT LOG NUMBER
CMF-M02-19-03-0115

| NAME: LAST PURTELL | | FIRST J | | MI L. | DATE OF INCIDENT 3/2/2019 | TIME OF INCIDEN 1323 |
|---|---|---|---|---|---|---|

| POST # LVN | POSITION B-1 ER | YEARS OF SERVICE 5 YRS. 6 MO. | DATE OF REPORT 3/2/2019 | LOCATION OF INCIDENT H-222L |
|---|---|---|---|---|

| RDO'S W/T | DUTY HOURS 0630-1430 | DESCRIPTION OF CRIME / INCIDENT Possession of Drug Paraphernalia | CCR SECTION / RULE 3016(b) | ☐ N/A |
|---|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | | | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNES | |
|---|---|---|---|---|---|
| ☐ Primary | S – C. STAUBITZ | | | S - CARDENAS | G36254, H222L |
| ☐ Responder | S – B. EDWARDS | | | W - DAVIS | G40744, H225U |
| ☐ Witness | S- R. SINGH | | | | |
| ☐ Camera | | | | | |
| ☐ Victim | | | | | |
| ☒ Other: Medical Assessment | | | | | |

| ☒ N/A | FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Physical: | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deploye |
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A ☐ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Convention |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/306 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY ☒ N/A | ☐ YES |
| ☒ NO | | | ☐ UNKOWN | ☒ NO |
| | ☒ N/A | ☒ N/A | ☐ Other: | |

NARRATIVE:

On Saturday, March 2, 2019 at approximately 1323 hours, RN Staubitz and I responded with a gurney to an emergency in H-2 When we arrived, Officer Edwards and Inmate DAVIS (G40744, H-225U) were performing CPR on Inmate CARDENAS (G36254, H 222L). RN Staubitz gave CARDENAS one dose of Intranasal Naloxone (Narcan) through his nose. Prior to leaving H-2 RN Staubit gave CARDENAS another dose of Narcan. CARDENAS became responsive and RN Staubitz and I escorted him via gurney to th ER. While in the emergency room, RN Staubitz gave CARDENAS a third dose of Narcan. RN Staubitz and I kept him alert wit voice commands and massages on the arm until the ambulance arrived. CARDENAS was transported to an outside hospital.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE LICENSE VOCATIONAL NURSE | BADGE # / ID # | DATE 3/2/2019 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED 3/2/2019 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 3/2/2019 |

DISTRIBUTION:  Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION

# MEDICAL REPORT OF INJURY
## OR UNUSUAL OCCURRENCE
CDCR 7219 (Rev. 01/18)

DOB: 10/30/1982

Page 1 of 2

| NAME OF INSTITUTION | LOCATION OF EVALUATION | DATE |
|---|---|---|
| CMF | TTA | 3-2-19 |

REASON FOR REPORT ☐ ALLEGATION ☐ ON THE JOB INJURY ☐ USE OF FORCE ☐ INJURY ☐ OTM RETURNS
☒ UNUSUAL OCCURRENCE ☐ PRE AD/SEG ADMISSION ☐ R&R ☐ OTHER _____

| NAME LAST | FIRST | CDCR NUMBER | PERNR / INST. ID # | VISITOR ID # (SOMS) |
|---|---|---|---|---|
| Cardenas | Danny | G36254 | N/A | N/A |

| PLACE OF OCCURRENCE | DATE OF OCCURRENCE | TIME OF OCCURRENCE | TIME SEEN | RN NOTIFIED TIME | PHYSICIAN NOTIFIED TIME |
|---|---|---|---|---|---|
| H222 | 3-2-19 | 1330 1323 | 1325 | 1330 | Aguilera MD 1335 |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE 1323

Patient found unresponsive and CPR initiated by inmate in dorm
Patient pulse ⊖. Narcan administered. Patient awake once in TTA
and state "I snorted something"

| INJURIES FOUND? YES / NO | | |
|---|---|---|
| Abrasion/Scratch | 1 | |
| Active Bleeding | 2 | |
| Broken Bone | 3 | |
| Bruise/Discolored Area | 4 | |
| Burn | 5 | |
| Dislocation | 6 | |
| Dried Blood | 7 | |
| Fresh Tattoo | 8 | |
| Cut/Laceration/Slash | 9 | |
| Swollen Area | 10 | |
| Pain | 11 | |
| Protrusion | 12 | |
| Puncture | 13 | |
| Reddened Area | 14 | |
| Skin Flap | 15 | |
| Pre-Existing | 16 | |
| Other | 17 | |
| | 18 | |

Chemical Agent Exposure? YES / NO

Chem. Agent Exposure Area — EX

Decontaminated w/ Water? YES / NO / REFUSED

Decontaminated w/ Air? YES / NO / REFUSED

Self-decontamination Instructions given ? YES / NO

Staff issued Exposure packet ? YES / NO

Q 15 min. check times

| Initial | 1st Check |
|---|---|
| | |
| 2nd Check | Final |

TIME/DISPOSITION
Code II to WERC 1345

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN) | PERNR / INST. ID # | RDOs | ASSIGNMENT AREA |
|---|---|---|---|
| Charles Stahltz RN | 42976 | Tue/Wed | TTA |

25109792



DEPARTMENT OF CORRECTIONS AND REHABILITATIO

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

| PAGE | 1 | Of | 1 | INCIDENT LOG NUMBER |
|---|---|---|---|---|
| | | | | CMF-M02-19-03-0115 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDEN |
|---|---|---|---|---|
| **STAUBITZ** | C | W | 3/2/2019 | 1323 |

| POST # REGISTERED NURSE | POSITION B-1 ER | YEARS OF SERVICE 15 YRS. 10 MO. | DATE OF REPORT 3/2/2019 | LOCATION OF INCIDENT H-222L |
|---|---|---|---|---|

| RDO'S T/W | DUTY HOURS 0630-1430 | DESCRIPTION OF CRIME / INCIDENT Possession of Drug Paraphernalia | | CCR SECTION / RULE 3016(b) | ☐ N/A |
|---|---|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNES |  |
|---|---|---|---|---|
| ☐ Primary Responder | S – J. PURTELL | | S - CARDENAS | G36254, H222L |
| ☐ Witness | S - B. EDWARDS | | W - DAVIS | G40744, H225U |
| ☐ Camera | S- R. SINGH | | | |
| ☐ Victim | | | | |
| ☒ Other: Medical Assessment | | | | |

| ☒ N/A | FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Physical: | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deploye |
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A ☐ Physical ☐ Hand-Held Baton ☐ Chemical Agent ☐ X-10 ☐ Less Lethal ☐ Lethal ☐ Non-Conventiona |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | | SCIF 3301/306 COMPLETED |
|---|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY ☒ N/A | | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKOWN ☐ Other: | | ☒ NO |

NARRATIVE:

On Saturday, March 2, 2019 at approximately 1323 hours, RN Purtell and I responded with a gurney to H-2 Housing Unit due to medical emergency. Upon our arrival, we reported to Dorm 1 and observed Officer Edwards and Inmate DAVIS (G40744, H 225U) performing CPR on Inmate CARDENAS (G36254, H-222L). RN Purtell and I approached CARDENAS and noticed he wa unconscious but breathing so I gave him a dose of Intranasal Naloxone through his nose. CARDENAS responded briefly bu appeared to be falling out of consciousness. Officer Edwards, RN Purtell, Officer Tacket and I moved CARDENAS from the be onto the gurney. Prior to escorting CARDENAS to the emergency room, I gave CARDENAS a second dose of Intranasal Naloxon through his nose. CARDENAS responded by looking around but appeared dazed. RN Purtell, Sergeant Singh and I escorte CARDENAS to the B-1 emergency room. While in the ER, I gave CARDENAS a third dose of Intranasal Naloxone through his nose RN Purtell and I continued talking and massaging his arms to keep him awake until the ambulance arrived and transported hir to Vaca-valley hospital.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE REGISTERED NURSE | BADGE # / ID # | DATE 3/2/2019 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED 3/2/2019 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO | DATE 3/2/2019 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

| PAGE | 1 | Of | 1 | INCIDENT LOG NUMBER |
|---|---|---|---|---|
| | | | | CMF-M02-19-03-0115 |

| NAME: LAST | FIRST | | MI | DATE OF INCIDENT | TIME OF INCIDE |
|---|---|---|---|---|---|
| TACKETT | J. | | L. | 3/2/2019 | 1323 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 361245 | SEC PAT 2 CUST | 2YRS. 0MO. | 3/2/2019 | H-222L |

| RDO'S T/F | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| | 1315-2115 | Possession of Drug Paraphernalia | 3016(b) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNE |  |
|---|---|---|---|
| ☐ Primary | S – B. EDWARDS | S - CARDENAS | G36254/H222L |
| ☒ Responder | S- R. SINGH | W - DAVIS | G40744/H225U |
| ☐ Witness | S - C. STAUBITZ | | |
| ☐ Camera | S – J. PURTELL | | |
| ☐ Victim | | | |
| ☐ Other: | | | |

| ☒ N/A | FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Physical: | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # E'fect: | Chemical Agent: | Projector: | #Deploy |
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | |

| ☐ Non-Conventional or Force Not Listed Above: |
|---|

| FORCE OBSERVED BY YOU | ☒ N/A  ☐ Physical  ☐ Hand-Held Baton  ☐ Chemical Agent  ☐ X-10  ☐ Less Lethal  ☐ Lethal  ☐ Non-Conventio |  |
|---|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☒ YES | Hypodermic syringe with barrel, stopper, needle and plunger | ISU Evidence Room Locker #6 | ☐ YES | ☒ YE |
| ☐ NO | ☐ N/A | ☐ N/A | ☒ NO | ☐ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/30 COMPLETE |
|---|---|---|---|---|
| ☒ YES | Hurt my lower back and left groin/hip flexor moving inmate from bed to gurney | | ☐ BODILY  ☒ N/A | ☒ YES |
| ☐ NO | ☐ N/A | ☒ N/A | ☐ UNKNOWN | ☐ NO |
| | | | ☐ Other: | |

NARRATIVE:

On Saturday, March 02, 2019, at approximately 1323 hours I responded to a medical emergency in H-2 due to an announcement over t institutional radio of an unresponsive inmate. Upon arriving to H-2, I observed inmate CARDENAS (G36254/H222L) unconscious lying on bed. Life saving measures (CPR) was currently in progress by Officer Edwards and Inmate DAVIS (G40744, H225U). Specifically, Offic Edwards was administering chest compressions and Inmate DAVIS was applying rescue breaths. Seconds later, Medical staff arrive. Staubitz gave what appeared to be two doses of Narcan to CARDENAS at which time he appeared to show signs of life by opening his eye assisted Officer Edwards RN Purtell and RN Staubitz with placing CARDENAS on the gurney. At that time I observed a hypodermic syrir including a barrel, stopper, needle and plunger on the floor next to CARDENAS' bunk. I retrieved the contraband and notified Sergeant Sir of my findings. I maintained possession of the contraband in my right hand. I took three (3) digital photographs of the contraband. I secur the syringe in a biohazard sharps container and processed it into Investigative Services Unit (ISU) evidence room locker #6. This concludes involvement in this incident.

After the incident was complete I felt a sharp pain in my lower back and left groin/hip flexor. I immediately notified Sergeant Singh a completed a SCIF 3066 form.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # / ID # | DATE |
|---|---|---|---|
| | CORRECTIONAL OFFICER | | 3/2/2019 |

| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED | CLARIFICATION NEEDED | APPROVED | DATE |
|---|---|---|---|---|
| | 3/2/19 | ☐ YES  ☒ NO | ☒ YES ☐ NO | 3/2/19 |

DISTRIBUTION:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART C - STAFF REPORT
CDCR 837-C (Rev. 10/15)

| PAGE | 1 | Of | 1 | INCIDENT LOG NUMBER CMF-M02-19-03-0115 |
|---|---|---|---|---|

| NAME: LAST BROOKS | FIRST C. | MI NMI | DATE OF INCIDENT 3/2/2019 | TIME OF INCIDE 1323 |
|---|---|---|---|---|

| POST # 212053 | POSITION H-2 FLOOR 1 | YEARS OF SERVICE 15YRS. 11MO. | DATE OF REPORT 3/2/2019 | LOCATION OF INCIDENT H-222L |
|---|---|---|---|---|

| RDO'S S/M | DUTY HOURS 0600-1400 | DESCRIPTION OF CRIME / INCIDENT Possession of Drug Paraphernalia | CCR SECTION / RULE 3016(b) | ☐ N/ |
|---|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNE |
|---|---|---|
| ☒ Primary | S – B. EDWARDS | S - CARDENAS   G36254, H222L |
| ☐ Responder | S- R. SINGH | W - DAVIS   G40744, H225U |
| ☐ Witness | S -- J. PURTELL | |
| ☐ Camera | S – STAUBITZ | |
| ☐ Victim | S – J. TACKETT | |
| ☐ Other: | | |

☒ N/A    FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE

| ☐ Physical: | Lethal Weapons: | Warning: | Effect: | Less Lethal Weapons: | # Effect: | Chemical Agent: | Projector: | #Deploy |
|---|---|---|---|---|---|---|---|---|
| ☐ Hand-Held Baton | ☐ Mini 14 | | | ☐ 37 mm | | | | |
| ☐ X-10 BRD w/o OC | ☐ .38 Cal | | | ☐ 40 mm | | ☐ OC | | |
| | ☐ .40 Cal | | | ☐ L8 | | ☐ CN | | |
| | ☐ 9 mm | | | ☐ 40 mm Multi | | ☐ CS | | |
| ☐ X-10 BRD w/ OC | ☐ Shotgun | | | ☐ HFWRS | | | | |

☐ Non-Conventional or Force Not Listed Above:

| FORCE OBSERVED BY YOU | ☒ N/A  ☐ Physical  ☐ Hand-Held Baton  ☐ Chemical Agent  ☐ X-10  ☐ Less Lethal  ☐ Lethal  ☐ Non-Conventio |
|---|---|

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YE |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL/CLINIC) | FLUID EXPOSURE | SCIF 3301/30 COMPLETE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY  ☒ N/A ☐ UNKOWN ☐ Other: | ☐ YES ☒ NO |

NARRATIVE:

On Saturday, March 2, 2019 at approximately 1323 hours, while working as the H2 housing officer, I heard a voice yelling, "m down, dorm 1". Officer B. Edwards and I immediately responded to dorm 1. When I arrived, I opened the door and observe Inmate CARDENAS (G36254, H-222L) lying on his bed, on his back and appeared to be nonresponsive. Inmate DAVIS (G40744, 225U) was standing over CARDENAS body performing CPR by giving chest compressions. As I announced on my institution radio for a medical emergency in H2, Officer Edwards responded to assist DAVIS with administering CPR. I left to retrieve th AMBU bag. Upon my arrival back to Dorm 1, Officer B. Edwards and Inmate DAVIS was still performing CPR. Sergeant R. Sing responded and immediately requested medical respond with Narcan. As she completed her transmission, RN J. Purtell and RN Staubitz arrived with a gurney. RN C. Staubitz approached CARDENAS with Narcan and Officer B. Edwards and Inmate DAV moved back out of the way. RN C. Staubitz gave CARDENAS two doses of Narcan at which point he appeared to awaken. Offic B. Edwards, Officer J. Tackett, RN C. Staubitz, and RN J. Purtell placed CARDENAS on the gurney and RN C. Staubitz Sergeant Singh and RN J. Purtell escorted him to B-1 emergency room. The breathing apparatus from the AMBU bag was not used for th incident as CPR and Narcan restored CARDENAS breathing.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # / ID # - - - - | DATE 3/2/2019 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/SIGNATURE) | DATE RECEIVED 3/2/2019 | CLARIFICATION NEEDED ☐ YES ☒ NO | APPROVED ☒ YES ☐ NO  DATE 3/2/19 |

DISTRIBUTION:  Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor



NAME AND TITLE: J. TACKETT

DATE EVIDENCE PHOTOGRAPHED: 03-02-19

SIGNATURE:

TIME:

Integra 36177 Med Chine