UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DANNY J. CARDENAS, G36254,<br>Plaintiff. | Case No. 19-cv-02043-SK  (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner at the California Medical Facility in Vacaville, California, has filed a pro se complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the potential defendants identified in the complaint reside, in the County of Solano, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: April 22, 2019

SALLIE KIM
United States Magistrate Judge