# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CARDENAS, JR., | No. 2:19-CV-0691-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a civil rights complaint on April 16, 2019. See ECF No. 1. Plaintiff then filed a supplement to the complaint which appears to contain new factual allegations. See ECF No. 10. Plaintiff will be permitted to file an amended complaint alleging all his claims in a single pleading. See E. Dist. Cal. Local Rule 220. If plaintiff fails to do so within the time provided, the action shall proceed on plaintiff's complaint without reference to any allegations contained in the supplement.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that plaintiff may file an amended complaint within 30 days of the date of this order.

Dated: June 24, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE