IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CARDENAS, JR., | No. 2:19-CV-0691-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| B.S. EDWARDS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for disclosure of a report prepared by Defendants Edwards and Brooks. See ECF No. 48.

In his motion, Plaintiff seeks an order directing Defendants to provide him a copy of a report they allegedly prepared. Plaintiff's motion will be denied. To the extent Plaintiff seeks discovery of a report prepared by Defendants, Plaintiff has not established that a proper discovery request was made or, if so, that Defendants failed to adequately respond. Plaintiff's motion would more properly be brought as a motion to compel following a failure to respond to a formal written request for production of documents. See Fed. R. Civ. P. 34.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 48, is denied.

Dated: May 26, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE