1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DANNY CARDENAS, JR.,                    No.  2:19-CV-0691-TLN-DMC-P

12                  Plaintiff,

13        v.                                 ORDER

14   B.S. EDWARDS, et al.,

15                  Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Defendants' unopposed motion for modification

19   of the Court's July 14, 2020, scheduling order.  See ECF No. 57.  Good cause appearing therefor,

20   Defendants' motion will be granted.

21              Accordingly, IT IS HEREBY ORDERED that:

22              1.      Defendants' unopposed motion to modify the scheduling order, ECF No.

23   57, is granted;

24              2.      The parties may conduct discovery until September 6, 2021.   All requests

25   for discovery pursuant to Fed. R. Civ. P. 30, 31, 33, 34, 36, and 45 shall be served by this

26   discovery cut-off date.  Any motions necessary to compel discovery shall be filed within 60 from

27   this cut-off date; and

28   / / /

                                                1

3. All dispositive motions shall be filed within 90 days after the discovery cut-off date specified above.

Dated: May 26, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE