IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY J. CARDENAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B.S. EDWARDS, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-0691-TLN-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On September 14, 2021, the Court issued an order staying the action for 120 days and referring the case to Early Alternative Dispute Resolution (Early ADR). See ECF No. 67. The Order provided that Defendants could file a motion to opt-out of Early ADR within 30 days. See id. Pending before the Court is Defendants' timely opt-out motion. See ECF No 68. Good cause appearing therefor, Defendants' motion is granted. The referral to Early ADR is withdrawn and the stay is lifted. Discovery was closed prior to referral to Early ADR. Dispositive motions are due within 90 days of the date of this order.

　　　　IT IS SO ORDERED.

Dated: October 4, 2021

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1