# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CARDENAS, JR., | No. 2:19-CV-0691-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| B.S. EDWARDS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's renewed motion for the appointment of counsel, ECF No. 70.

Plaintiff seeks appointment of counsel to assist him with a settlement conference. Plaintiff's request is moot because the Court has granted Defendants' motion to opt-out of the early Alternative Dispute Resolution process and no settlement conference has been set in this case. See ECF No. 69.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the appointment of counsel to assist with a settlement conference, ECF No. 70, is denied as moot.

Dated: December 28, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE