UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY J. CARDENAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B.S. EDWARDS, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-00691-TLN-DMC<br><br>**ORDER** |

　　　Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to the Local Rules.

　　　On August 5, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within fourteen days.  (ECF No. 81.)  No objections to the findings and recommendations have been filed.

　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 5, 2022 (ECF No. 81) are ADOPTED in full;

2. Defendants' Motion for Summary Judgment (ECF No. 75) is GRANTED;

3. All other pending motions (ECF Nos. 71, 80) are DENIED as moot; and

4. The Clerk of the Court is directed to enter judgment and close this file.

**DATED: September 29, 2022**

Troy L. Nunley
United States District Judge